EX PARTE

NO. 12-17-00368-CR

Michael A. Kennedy.
Relator

IN THE 12th Court of Appeals District
TYLER, Texas

PETITION FOR WRIT OF MANDAMUS
IN CAUSE NO. 18,344 from the 3RD
JUDICIAL DISTRICT COURT OF Anderson County, Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District
NOV 27 2017
TYLER TEXAS
PAM ESTES, CLERK

PETITION FOR WRIT OF MANDAMUS

I. List of PARTIES

Michael A. Kennedy. Relator #1516203 Polunsky Unit
3872 FM 350 South Livingston, TX 77351

MARK A. Calhoun Judge Anderson County. Texas
Allyson mitchell criminal District Attorney

II. Question PResented

Michael A. Kennedy will continue to file writ and
the court consunction michael kennedy all the
court want and he will files millions of writs
without stoppen due to 12th court Judges denied me
10 days to prepure for trial and no Judyment and sentence
in the court Affirming conviction.

III. The FActs

Relator don't care about no Action of sunction I
get no money and owe over 30,000 dollars so
do what it take when the judge allow trial court
to Appoint false counsel on my Appeal.

-1-

# ARGUMENTS

The Relator don't care what the court going to impose sanction I do not get no money and I will continue to file writ until I reach one millions petition so stop me if you can or charge me due to no Judyment and conviction documents.

This court should sanction me make me feel good you allow the Judge to appoint false counsel so you don't know that you or getting your self in trouble, by allowing Judge to Appoint counsel over objections.

## Relief

Wherefor grant no trial.

Respectfully submitted
Michael A. Kennedy
#1516303 Polunsky
3872 fm 350 South
Livingston, TX 77351

## CERTIFICATE OF SERVICE

I, Michael A. Kennedy, hereby certify true and correct to all parties postage prepaid by photo to the following party on November 19, 2017
Mark A. Calhoun, Judge 3rd Jud. Dist. Soo N. Church St. Palestine, TX 75801
Alltion m. theil crim. Dist. Attrys 00 N. Church St. Palestine, TX 75801

Michael Kennedy

— 2 —